

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00388-CV

Steven C. **GRINNELL**,
Appellant

v.

**GARNET REAL ESTATE, LLC**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13502
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Irene Rios, Justice

Delivered and Filed: September 11, 2019

DISMISSED

Appellant, Steven C. Grinnell, filed a motion to dismiss, asserting that he does not wish to pursue his appeal. The motion states that the parties have conferred and that appellee, Garnet Real Estate, LLC, does not oppose the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM